# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 3, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

    Re: Girotto v. Mackage Soho Inc., et al.
      Case 1:21-cv-10353-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 10, 2022, at 10:15 a.m., in your Honor's Courtroom. However, the Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

            By: /S/   B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile:  (305) 704-3877
              Email: bbw@weitzfirm.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
03/04/22