UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigi Girotto,

                         Plaintiffs,

-against-

Mackage Soho Inc. et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2022

1:21-cv-10353 (RA) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, June 2, 2022, 2021, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:     New York, New York
            May 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge