USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/2/2022_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Luigi Girotto,

                                    Plaintiff,

                -against-

Mackage Soho Inc. et al.,

                                    Defendants.

1:21-cv-10353 (RA) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff and Defendant Mackage Soho Inc., it is hereby Ordered as follows:

1.  Plaintiff is granted leave to serve Defendant Mackage Soho Inc. with an interrogatory seeking contact information for the landlord, Defendant 138 Spring Owners LLC. Plaintiff shall serve such interrogatory no later than June 9, 2022 and Defendant Mackage Soho Inc. shall respond no later than June 16, 2022.

2.  If Defendant 138 Spring Owners LLC has not appeared in this action by July 5, 2022, Plaintiff shall, no later than July 12, 2022, seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

Dated:        New York, New York
              June 2, 2022

                              _____
                              STEWART D. AARON
                              United States Magistrate Judge